UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RAFAEL ORTIZ-MUNGUIA,<br><br>        Defendant. | No.  5:14-mj-00048-JLT<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release ) |

    The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

[X]    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[ ]    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

    This finding is based on the reasons stated on the record.

    DATE:  9/29/2014                                    /s/ Jennifer L. Thurston
                                                        U.S. Magistrate Judge